**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**DEQUARIOUS BROWN** **PLAINTIFF**
**ADC #124327**

**v.** **Case No: 4:25-cv-01030-LPR**

**ERIC HIGGINS, et al.** **DEFENDANTS**

**ORDER**

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Joe J. Volpe (Doc. 4). No objections have been filed, and the time for doing so has expired.[1] After a *de novo* review of the RD, along with careful consideration of the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, Plaintiff's Complaint (Doc. 2) and Amended Complaint (Doc. 5) are DISMISSED without prejudice for failure to state a claim upon which relief may be granted. The Clerk is instructed to close this case. The Court recommends that dismissal of this case count as a "strike," in the future, for purposes of 28 U.S.C. § 1915(g). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

[1] The Court has reviewed Plaintiff's proposed Amended Complaint, which was submitted after the RD was entered. *See* Doc. 5. Like Plaintiff's original complaint, the Amended Complaint fails to state a claim for relief upon which relief may be granted. Plaintiff's claims against Defendant Doe fail for the same reasons discussed in the RD with respect to the original complaint. *See* Doc. 4 at 2–3. And although Plaintiff additionally names Sgt. Austin and Turn Key Inc. as defendants in his Amended Complaint, he does not state any allegations of fact against them, save for the statement that Plaintiff's "whole claim was ignitioned [sic] due to the impish conduct of Sgt Austin" based on some unexplained "sheer act of brute force [that] caused [Plaintiff] to come in contact with Jane Doe . . . ." Am. Compl. (Doc. 5) at 5–6. This statement is too vague and conclusory to support a claim for relief. So, the Amended Complaint must also be dismissed.

IT IS SO ORDERED this 27th day of August 2026.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE